# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
JAN 16 2018
FILED
Stephen C. Dries, Clerk

(Full name of plaintiff(s))

LEE CARITRAIL PITTS

v.

(Full name of defendant(s))

The STATE OF WISCONSIN

SAndy BALLOU

VINCENT BISKUPIC

APPLETON POLICE DEPARTMENT

Case Number:

18-C-80

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__, and is located at
   (State)
   __Outagamie County Jail, 4/0 S. Walnut St. Appleton, WI. 54911__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __The STATE OF WISCONSIN__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The (plaintiff) Lee Carltrail Pitts am Suing (Defendant's) THE STATE OF WISCONSIN, Judge Vincent Biskupic and Prosecutor Sandy Ballou. For the Fraudulent Acts that has violated my rights, which mainly stems from the court and state not having jurisdiction to move. See (Wisconsin V. Pitts 17cf639) My (plaintiff) 11th Amendment was violated. The (Defendant's) THE STATE OF WISCONSIN, Vincent Biskupic and Sandy Ballou have Filed/Brought Suit against me being a Foreign entity, agent or state. The (plaintiff) have 11th Amendment Immunity, because there is No Judicial Power

Complaint – 2

of the inferior courts and the plaintiff have Foreign Sovereign Immunity.

Municipal, County or state court lacks Jurisdiction to hear any case under the Foreign State definitions, Coming from the 11th Amendment under the U.S. constitution. This Jurisdiction lies with the United States District Court under the Foreign Sovereign Immunities Act statutes pursuant to 28 USC 1330.2 (see 27 code of Federal Regulations 72.11) also see Uniform commercial code 3-501 which warrants refusal of instruments which are non-bona fide of fraudulent in nature.

On December 9th, 1945 International Organization Immunity relinquished every public office ~~Entity~~ of the united states to the United Nations. This Law makes all public officials Foreign Citizens, barring them from Judicial power. All public officials are administrative agents of the US. Corporation. They have NO Judicial power whatsoever! The 11th Amendment reads: The Judicial Power of the United States shall not Construed to extend to any suit in Law, or equity commenced or prosecuted against one of the united states by citizens of another state, or by citizens or subjects of any Foreign State.

Complaint – 3

## A. Parties

Defendants <u>Appleton Police Department, LT. Grady, SGT. Miles, SGT. Berkley, and Officer Akins Hoffman</u> is (if a person or private corporation) A citizen of _____ and (if a person) resides at _____ and worked for <u>Appleton Police Department</u>

## B. Statement of claim

My 4th Amendment was severely violated by (Defendants) APPLETON POLICE DEPARTMENT / Lt. Grady, Sgt. Miles, Sgt. Berkley and officer Akins Hoffman. I (plaintiff) was seized un-justly, Due to (Defendant) The STATE OF WISCONSIN Filing/Bringing a fraudulent suit against me, as a result this I'm being Deprived of Life, Freedom and suffering a great penalty. I've been Seized/held captive Fraudulently for the past several months since (07-23-2017)

I (plaintiff) will state; For a crime to exist there must be an injured party. There can be no sanction or penalty imposed on one because of my Constitutional Rights. The STATE OF WISCONSIN is not the injured party in the case (WISCONSIN V. PItts 17CF639) and can never be because The STATE OF WISCONSIN is a sub-corporation under the United STATes, which is a Federal corporation according to Title 28 USC Section 3002 (15)(A). Also see, William Dixon V. The United STates, 1 Marsh 117, 181 (1811) Justice John Marshall explained that "The united states was a corporation and all of the politicians were

Statement of Claim

the officer of that corporation. A corporation is dead or artificial at Law because it is not real. Hence the Latin word, "Corpse", which means dead body. The word Corporation is derived from the Latin Word, "Corpse", so the significance of the etymology of the word Corpse is very clear when proving that a corporation is not real because it is dead.

The 4TH Amendment reads:

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and Seizures, shall NOT be violated, and no warrants shall issue, but upon probable cause, Supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Statement of Claim

My (Plaintiff) 5TH Amendment have been un-Justly Violated, By (Defendant's) The STATE OF WISCONSIN, Judge VINCENT BISKUPIC, Prosecuter SANDY BALLOU. Im being deprived of Life and Sovereign Liberty Due to the above listed (Defendants) Filing/Bringing a Fraudulent suit against me being a Foreign entity, agent or state I (plaintiff) further more state:

22 code of federal Regulations 92.12 - 92.31 Foreign relationship heading states: That oath is required to take office. Title 8 USC 1481 states: once oath of office is taken Citizenship is relinquished thus the oath taker becomes a foreign entity, agency or state. That means every public office is a Foreign state, even all political sub-divisions, every single court is considered a seperate Foreign Entity.

All "Judicial Power" of the "inferior Courts" comes from the Judiciary Act of 1789 as did the Attorney General position. "Judicial Power" comes from Article III, section 2 of the Constitution. The 11TH Amendment removed all "Judicial Power" in Law, equity, treaties, contract Law, and the right of the state to bring suit against the people. The positions of the Attorney General and Prosecuter, of both the United STates and the several states, come under the Judicial Branch NOT the executive Branch of the government. The 11TH Amendment removed all Judicial Power from the inferior courts and the Prosecutor's office as well as from all court officers in Law, equity, and so forth.

## Statement of Claim

Municipal, County, or STATE court lacks Jurisdiction to hear any case under the foreign state definitions, coming from the 11TH Amendment under the United States Constitution. This Jurisdiction lies with the United States District Court under the Foreign Sovereign Immunities Act statues pursuant to 28 USC 1330.2

The 5TH Amendment states in part:

No person shall be held to answer for a capital or infamous crime, unless on a presentment or indictment of a Grand Jury, Nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb, Nor shall be compelled in any Criminal case to be a witness against himself, Nor be deprived of Life, Liberty, or property, without due process of Law.

(The Due Process of Law Clause is very important and the basis of many rights of the accused. Due process means that the government may not act in an unfair or unreasonable way. The 14TH Amendment extends due process to people's dealings with the states.)

Case 1:18-cv-00080-WCG   Filed 01/16/18   Page 7 of 11   Document 1

Statement of Claim

My 14TH Amendment have been violated, By (Defendants) The STATE OF WISCONSIN, VINCENT BISKUPIC, SANDY BALLOU, and APPLETON POLICE DEPARTMENT.

I'm Being Denied the equal protections of the Law, Priveleges or Immunities that I hold the Inherent right to. Also the (Defendants) The STATE OF WISCONSIN, VINCENT BISKUPIC, and SANDY BALLOU have been notified by Me (plaintiff) That the STATe and Court Lacked and Lacks Jurisdiction to move in suit/case # see (WISCONSIN V. PITTS 17CF639).

Yet the above Named (defendants) knowingly interfere and abridge with the (Immunities and Priveleges) of my Constitutional Rights.

The 14TH Amendment section 1 reads:

All persons born or Naturalized in the United States, and Subject to the Jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No State shall make or enforce any Law which shall abridge the Priveleges or Immunities of citizens of the United States, Nor shall any state deprive any Person of Life, Liberty or Property without due Process of Law, Nor Deny to any person within it's Jurisdiction the equal Protections of the Law.

5

-Statement of Claim-

Also to further my claim, the listed (Defendant's) has filed a suit or was involved in their official capacities with the suit (WISCONSIN V. PITTS 17CF639) that have been brought against LEE CARLTRAIL PITTS The Debtor/corporation, which is NOT a PERSON within the meaning. Therefore No (Defendant) would be subject to the suit or judgement/penalty. (See Sherer V. Cullen 481 F. 945)

A corporation is artificial or dead at Law because it is not real. It is therefore proven that the listed (Defendant's) either filed or acted in their official capacities upon a Fraudulent Suit, against LEE CARLTRAIL PITTS the Debtor/Coporate entity.

Also Due to my Inherent Constitutional rights as having Foreign Sovereign Immunity as well as being Sheilded by 11TH Amendment Immunity their can be No suit brought against LEE CARLTRAIL PITTS The Actual human being, Sovereign Free man in the Flesh and Blood. The Grantor of LEE CARLTRAIL PITTS Debtor/Coporate entity.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Im asking the court to grant me the relief Im seeking due to the legal injuries/penalties I've suffered. Which have been emotional, economic, reputational as well as violations of privacy, property, and constitutional rights.

Im seeking punitive Damages $2,500,000 U.S.D., Compensatory Damages $1,500,000 U.S.D.

Also Im seeking a ruling by the court, for all (Defendants) listed in complaint to be reprimanded. Terminated from their official capacities/public office jobs.

E.  JURY DEMAND

I want a jury to hear my case.

☐ - YES    ☑ - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __11th__ day of __January__ 20__18__.

Respectfully Submitted,

_Lee Cartrail Pitts_
Signature of Plaintiff

_124741_
Plaintiff's Prisoner ID Number

_410 S. Walnut St._

_Appleton WI. 54911_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5